IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

FILED
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TENN.

OCT 01 2025

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) NO. 3:25-cr-00211 | |
| | ) | 18 U.S.C. § 242 |
| | ) | 18 U.S.C. § 1201(a)(1) |
| | ) | 18 U.S.C. § 2261(b)(3) |
| | ) | 18 U.S.C. § 2261A(2)(A) |
| ALAN JAMES GREENMAN | ) | 18 U.S.C. § 2261A(2)(B) |

# INDICTMENT

## COUNT ONE

THE GRAND JURY CHARGES:

On or about August 20, 2025, in the Middle District of Tennessee, the defendant, **ALAN JAMES GREENMAN**, while acting under color of law, unholstered his service weapon, pointed the weapon at F.V., threatened to kill F.V., and unlawfully seized and confined F.V., willfully depriving F.V. of the right, secured and protected by the Constitution and laws of the United States, to be free from unlawful seizure and detention. The offense included the use of a dangerous weapon, resulted in bodily injury to F.V., and included the kidnapping of F.V.

In violation of Title 18, United States Code, Section 242.

## COUNT TWO

THE GRAND JURY FURTHER CHARGES:

On or about August 20, 2025, in the Middle District of Tennessee, the defendant, **ALAN JAMES GREENMAN**, did unlawfully and willfully seize, confine, kidnap, and hold for ransom, reward and otherwise F.V., and, in committing or in furtherance of the commission of the offense

used an automobile and a cell phone, a means, facility, and instrumentality of interstate or foreign commerce.

In violation of Title 18, United States Code, Section 1201(a)(1).

## COUNT THREE

THE GRAND JURY FURTHER CHARGES:

Beginning on or about February 1, 2025, and continuing through at least on or about September 5, 2025, in the Middle District of Tennessee and elsewhere, the defendant, **ALAN JAMES GREENMAN**, caused F.V. to be in reasonable fear of the death and serious bodily injury, and with the intent to kill, injure, harass, and intimidate F.V., and place under surveillance with the intent to kill, injure, harass, and intimidate F.V., did use a deadly weapon, an electronic communication service, and an electronic communication system of interstate commerce, and a facility of interstate and foreign commerce during the offense, to engage in a course of conduct that caused, attempted to cause, and would be reasonably expected to cause, substantial emotional distress to F.V.

All in violation of Title 18, United States Code, Sections 2261A(2)(A), 2261A(2)(B), and 2261(b)(3).

A TRUE BILL

FOREPERSON

ROBERT E. McGUIRE
ACTING UNITED STATES ATTORNEY

*/s/ Monica R. Morrison*
MONICA R. MORRISON
ASSISTANT UNITED STATES ATTORNEY