**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 3:25-cr-00211 |
| | ) | Judge Trauger |
| ALAN JAMES GREENMAN | ) | |

# JUDGMENT

A bench trail was conducted on the Second Superseding Indictment on November 3-4, 2026. The court hereby finds the defendant guilty of Counts 2-5 of the Second Superseding Indictment.

At the close of the government's proof, the court granted the defendant's Motion for Judgment of Acquittal on Count 1, as the court found that the government did not prove beyond a reasonable doubt that the defendant was acting under color of law during the incident of domestic violence on August 20, 2025.

ALETA A. TRAUGER
U.S. District Judge